CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Kathlina Mary Carabajal**; DOB:1976; United States<br>**Sandra Russell**; DOB: 1983; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04956MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 20, 2026, in the District of Arizona, **Kathlina Mary Carabajal,** and **Sandra Russell**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Jesus Gomez-Lopez, Oscar Fernandez-Villanueva and Angel David Martinez-Ventura, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 20, 2026, in the District of Arizona (Coolidge), at approximately 5:13 p.m., Homeland Security Investigations Special Agents (HSI) conducted surveillance on a vehicle suspected of being involved in human smuggling. During surveillance, five suspected illegal aliens (IAs) were observed entering a white Chevrolet Tahoe.
HSI followed the Tahoe as it travelled west on Interstate 10 from Tucson, Arizona. HSI contacted officers with the Coolidge Police Department (CPD) and requested assistance in conducting a vehicle stop on the Tahoe.
CPD initiated a vehicle stop on the Tahoe westbound on Interstate 10 at milepost 211 for speeding. The Tahoe yielded to the side of the road and six passengers absconded from the vehicle. Five of the six subjects that absconded were located and placed under arrest. The driver was identified as **Kathlina Mary Carabajal** and the front seat passenger was identified as **Sandra Russell**. The other four passengers, including Jesus Gomez-Lopez, Oscar Fernandez-Villanueva, and Angel David Martinez-Ventura, admitted to being citizens and nationals of Mexico and Guatemala. Record checks revealed that Gomez-Lopez, Fernandez-Villanueva, and Martinez-Ventura do not possess the proper documentation to enter, pass through, or remain in the United States legally. CPD notified HSI that in his dash cam recording, **Carabajal** could be heard saying “please god don’t let them get any of them” and “I am done for good. I promise I won’t do this again”.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE Jesus Gomez-Lopez, Oscar Fernandez-Villanueva and Angel David Martinez-Ventura

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>ADAM J SULLI Digitally signed by ADAM J SULLI Date: 2026.06.22 09:32:22 -07'00'<br><br>OFFICIAL NAME and TITLE<br>Adam Sulli<br>Homeland Security Special Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>June 22, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from previous page.**

Material witness Jesus Gomez-Lopez stated that he is a Mexican citizen, illegally present in the United States. He stated that he was picked up by a red SUV and transported for approximately 10 minutes to a house with seven other subjects. He and four other subjects were transported to a house in Tucson. He was put in a room for approximately two hours after which two females picked him up and drove him to gas station, then continued driving until they were pulled over by law enforcement. He identified **Carabajal** as the driver of the vehicle that was transporting him and **Russell** as the passenger of the vehicle he was in.

Material witness Oscar Fernandez-Villanueva stated that he is a Mexican citizen, illegally present in the United States. He stated that a man driving a red SUV picked him up from the desert, drove him to a residence located approximately 10 minutes away where he was kept for approximately 30 minutes. The same man that picked him up from the desert, drove him to a house in Tucson approximately one hour away. The driver of the red SUV escorted him into a room inside the house in Tucson and closed the door. The door remained closed until two females retrieved him from the room and escorted him to their vehicle. The female front seat passenger told him and the other passengers that if they get stopped to run.

Material Witness Angel David Martinez-Ventura stated that he is a Mexican citizen that is illegally present in the United States. He paid a "mafia fee" of $30,000 Mexican pesos and that his smuggling fee was going to be over $100,000 Mexican pesos to be smuggled into the United States. After crossing the border, he walked approximately four days before being picked up from the desert by a man driving a blue truck and was transported to an unknown stash house located approximately two hours away. He met three other illegal aliens at the stash house. After 30 minutes, he was transported for approximately 30 minutes to a second stash house. He was then picked up by two females in a white SUV. He stated that the female passenger told him in Spanish that "if immigration shows up, you run."

After waving her *Miranda Rights*, **Kathlina Mary Carabajal** stated that while travelling to Phoenix from her home in Tucson, she saw a car on the side of the road and stopped to give the people at the car a ride to Phoenix. She did not know the people she was transporting were illegal aliens.